UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| NEICY MENDOZA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:22-CV-00197-DCLC-CHS |
| | ) | |
| vs. | ) | |
| | ) | |
| WHITE STAR LOGISTICS, LLC., et. al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 52]. In the R&R, the magistrate judge recommends that Plaintiff Neicy Mendoza's Motions for Default Judgment as to White Star Logistics, LLC [Doc. 38], Dar Logistics, LLC [Doc. 36], and Soby Logistics, LLC [Doc. 37] (collectively, "Defendants") be granted; that Plaintiff be awarded $1,266,922.27 against Defendants, jointly and severally; and that judgment be entered in favor of Plaintiff against Defendants [Doc. 52]. The parties did not file objections to the R&R.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 52] is **ADOPTED**, and Plaintiff's Motions for Default Judgment against Defendants [Docs. 36, 37, 38] are **GRANTED**. A separate judgment shall enter.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).